## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **APHRODITE VASSILAT,** | ) |
| | ) |
| Plaintiff**,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:15-cv-05695-MCA-LDW** |
| | ) |
| **GE CAPITAL RETAIL BANK,** | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Robert Warring* | */s/ Amy L. Bennecoff Ginsburg* |
| Robert Warring, Esq. | Amy L. Bennecoff Ginsburg (AB 0891) |
| Reed Smith LLP | Kimmel & Silverman, P.C. |
| 3 Logan Square, Suite 3100 | 1930 E. Marlton Pike, Suite Q 29 |
| 1717 Arch Street | Cherry Hill, NJ 08003 |
| Philadelphia PA 19103 | Phone: (856) 429-8334 |
| Phone:  (215) 851-8100 | Fax: (856) 216-7344 |
| Fax:  (215) 851-1420 | Email: aginsburg@creditlaw.com |
| Email: rwarring@reedsmith.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| | |
| Date: January 20, 2016 | Date: January 20, 2016 |

BY THE COURT:

_____

J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 20th day of January, 2016:

Robert Warring, Esq.
Reed Smith LLP
3 Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
rwarring@reedsmith.com

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg (AB 0891)
Kimmel & Silverman, P.C.
1930 E. Marlton Pike, Suite Q 29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Fax: (856) 216-7344
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff