**CASE CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| APHRODITE VASSILAT, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:15-cv-05695-MCA-LDW |
| GE CAPITAL RETAIL BANK, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Robert Warring
Robert Warring, Esq.
Reed Smith LLP
3 Logan Square, Suite 3100
1717 Arch Street
Philadelphia PA 19103
Phone: (215) 851-8100
Fax: (215) 851-1420
Email: rwarring@reedsmith.com
Attorney for the Defendant

Date: January 20, 2016

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg (AB 0891)
Kimmel & Silverman, P.C.
1930 E. Marlton Pike, Suite Q 29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Fax: (856) 216-7344
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: January 20, 2016

1/25/16

SO ORDERED

_____
Madeline Cox Arleo, U.S.D.J.